UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
JAN 0 5 2007
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LLOYD GOINGS, an individual, | * | CIV 04-4028 |
| Plaintiff, | * | |
| vs. | * | JUDGMENT |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In accordance with this Court's Memorandum Opinion issued on today's date granting the United States' Motions for Summary Judgment,

**IT IS ORDERED ADJUDGED AND DECREED** that Summary Judgment is entered against Plaintiff and in favor of the United States.

Dated this 4th day of January, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
       DEPUTY